# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-624, 3D22-625
Lower Tribunal No. 21-24767
_____

**José Yeyille,**
Appellant,

vs.

**Justin Cole Speigel, M.D.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

José Yeyille, in proper person.

Diaz Law Group, and Rolando A. Diaz; and Hicks, Porter, Ebenfeld & Stein, P.A., and Dinah S. Stein and Aneta McCleary, for appellee.

Before FERNANDEZ, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.